UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | Case No. 1:26-cv-09322-FJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS, OR TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT AND UPDATED APPLICATON, OR PAY FILING FEE<br><br>(ECF No. 2)<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u> |

Plaintiff Isiah Castro is proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Yet Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff provides an address for Lerdo Justice Facility on his complaint but checks the box stating that he is *not* currently incarcerated in his application to proceed in forma pauperis. (*See* ECF No. 2 at ¶ 1.) Plaintiff also failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form.

If Plaintiff is not currently incarcerated, he must provide the court with his current address titled as a notice of change of address *and* complete and file an application to proceed in

district court without prepaying fees or costs (long form) – AO 239.

If Plaintiff is currently incarcerated, he must provide file an accurate application to proceed in forma pauperis by a prisoner and submit a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, the court will order Plaintiff to file a long form and a notice of change of address. Plaintiff is instructed not to leave fields empty, but rather to write “zero” or “N/A” as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

In the alternative, Plaintiff shall provide the court with an accurate application to proceed in forma pauperis by a prisoner and provide the court with a trust account statement for the institution where he resides. If Plaintiff does not do so, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within <u>twenty-one (21) days</u> of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239 <u>and</u> provide the court with a notice of change of address, or (3) complete and file an accurate application to proceed in forma pauperis by a prisoner, properly checking the box at paragraph 2 and stating the place of incarceration, <u>and</u> file a certified copy of his inmate trust account statement;

3. No extension of time will be granted without a showing of good cause; and

4. <u>If Plaintiff fails to comply with this order, then this action will be dismissed</u>.

IT IS SO ORDERED.

Dated: **November 17, 2026**

UNITED STATES MAGISTRATE JUDGE